# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERELLE HOLDEN,<br><br>    Plaintiff,<br>v.<br>HOMESITE INSURANCE CO.,<br><br>    Defendant. | CIVIL ACTION NO.  19-2167 |

## ORDER

**AND NOW**, this 30th day of April 2020, upon consideration of Plaintiff's Motion for Leave to Amend [Doc. No. 18] and the response thereto, and Defendant's Motion for Judgment on the Pleadings and for Summary Judgment [Doc. No. 13] and the response thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Leave to Amend [Doc. No. 18] is **DENIED**.

2. Defendant's Motion for Judgment on the Pleadings and for Summary Judgment [Doc. No. 13] is **GRANTED** as to the Motion for Judgment on the Pleadings (Count I) and **DISMISSED** as premature as to the Motion for Summary Judgment (Count II). The parties shall jointly report to the Court by May 14, 2020, as to what discovery the parties request on the bad-faith claim prior to arbitration.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**